DATE 8/20/15

BEFORE JUDGE Weinstein   AT 10:00 A.M/P.M.

C/R or ECR  L. Barry    MAG. _____

CIVIL CAUSE FOR ~~MOTION~~ *Evidentiary* HEARING

Docket Number CV14-6459

Title: Davino Watson vs. Juan Estrada

(~~Pltff.~~) (Deft.)  motion for dismissal of the complaint

Appearances: For Pltff. Mark Flessner, Robert Davis, Davino Watson

For Deft. Joseph Marutollo, Gail Matthews

✓ Case called.
✓ Counsel for all sides present.
___ Counsel for _____ not present.
✓ Motion argued.  ___ Motion Granted  ___ Motion Denied.
✓ Decision reserved.
✓ Order to be submitted by Court
✓ Case adjourned to 9/28/15 @ 2pm for trial
✓ Other Evidentiary hearing held