DATE: 9/28/15

BEFORE JUDGE Weinstein          AT: 10:30 A.M./~~P.M.~~

COURT REPORTER L. Schmidt

CIVIL CAUSE FOR TRIAL
Bench

Docket Number CV14-6459

Title: Davino Watson vs. U.S.A.

Appearances:  For Pltff: Mark Flessner et al
              For Deft: Joseph Marutollo; J Cho
              Other:

☑ Case called.
☑ All parties present.
___ Counsel for _____ not present.
☑ Trial ordered and begun.
___ The following jurors were selected and sworn:

1. ____  7. ____
2. ____  8. ____
3. ____  9. ____
4. ____  10. ____
5. ____  11. ____
6. ____  12. ____

☑ Pltff. opens.
☑ Deft. opens.
___ Deft. waives opening.

☑ Trial held. Trial continued to 9/30/15 @ 10am