UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DAVINO WATSON,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

MEMORANDUM & ORDER

14-CV-6459

**JACK B. WEINSTEIN, Senior United States District Judge:**

    This order is issued tentatively for the purpose of enabling the second phase, damages, of this bifurcated trial to go forward.

    Tentatively, the government is liable to plaintiff for falsely arresting and imprisoning him from May 8, 2008 until November 2, 2011, resulting in damages to him. The government is tentatively liable to plaintiff for negligence during this same period of time in refusing to recognize plaintiff as a citizen of the United States, resulting in damages to him. A final supporting memorandum, order and judgment will be issued after argument.

    The parties shall submit proposed findings of fact and law and supporting briefs by November 6, 2015. The parties shall submit opposition briefs by November 13, 2015.

    Discovery on damages shall be completed by December 2, 2015. Any dispute relating to discovery is respectfully referred to the magistrate judge.

    A trial on damages will take place commencing January 13, 2016 at 10:00 a.m. in Courtroom 10-B South. The parties shall furnish lists of witnesses and exhibits and proposed findings of fact and law on that date.



Any motion to reconsider the court's ruling on the government's motion for summary judgment shall be made returnable on that date.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: October 2, 2015
Brooklyn, New York